RECEIVED
JUL 2 9 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

CHAD BENNETT,

    Plaintiff,

v.

JOSEPH MRSTIK,
CITY OF PLEASANTVILLE,
BRIAN BIGAOUETTE, and MARION
COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

No. 4:22-cv-00211-SMR-SHL

**RESPONSE TO
PRESCREENING ORDER**

COMES NOW, the Plaintiff, pro se, and responds to the Court's Prescreening Order as follows:

1. Plaintiff is not an attorney, is incarcerated, and has very limited access to legal resources. Plaintiff respectfully requests his pleadings be construed liberally.

2. Plaintiff filed on June 27, 2022, an Application to Proceed in Forma Pauperis. Plaintiff believed this application would apply to all fees and costs of his §1983 Complaint such that, if granted, no prepayment would be necessary.

3. In response to the Application to Proceed in Forma Pauperis, the Court filed a Prescreening Order indicating that if the application was granted Plaintiff would be required to prepay an initial 20% of the filing fee, with the remaining balance of $350 being paid in monthly installments based on his institutional account.

4. Plaintiff has since become aware of "Form AO 240 (Rev. 07/10): Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)". Plaintiff believes this

form seems to indicate that if the information requested in the form is provided, the Court may permit Plaintiff's complaint to proceed without *any* prepayment amount.

5. Plaintiff is separately submitting an Application to Proceed in District Court Without Prepaying Fees or Costs. Plaintiff requests the Court consider the application and its attachments to determine if Plaintiff is required to make any prepayment.

6. Plaintiff additionally requests the Court direct its attention to his Complaint, Section VIII: Previous Lawsuits, filed June 27, 2022. Plaintiff has brought no previous action or appeal in any federal court and therefore some filing and payment requirements of the Prison Litigation Reform Act do not apply to him.

7. Regarding any fees or costs not covered by the separately submitted Application to Proceed in District Court Without Prepaying Fees or Costs, but that are covered by the previously submitted Application to Proceed in Forma Pauperis, Plaintiff hereby complies with the prescreening order by providing the attached certificate prepared by the Clarinda Correctional Facility. This certificate is substantially equivalent to the "Form C" attached to the prescreening order. Officials at CCF routinely issue this certificate rather than complete fill-in-blank court-provided forms.

WHEREFORE, Plaintiff requests the Court first consider the simultaneously submitted Application to Proceed in District Court Without Prepaying Fees or Costs, and its attachments, to address whether any prepayment at all is necessary. Plaintiff requests the Court then consider the Application to Proceed in Forma Pauperis, filed June 27, 2022, along with the attachment to this Response in order to rule on the payment of any other fees or costs not covered by the Application to Proceed in District Court Without Prepaying Fees or Costs.

Respectfully submitted this
25th day of July, 2022.

_____
Chad Bennett, Plaintiff, *pro se*

**PROOF OF SERVICE**

The undersigned declares under penalty of perjury that this Response to Prescreening Order, with attachment, was mailed to: Clerk of District Court, U.S. Courthouse, PO Box 9344, Des Moines, IA 50306-9344, from Clarinda Correctional Facility, 2000 N 16th St, Clarinda, IA 51632 by placing it in an envelope addressed as stated and placing the envelope in the institution's box for inmate outgoing mail with an attached store order to charge my inmate account the proper amount for postage.

Date placed in prison mailbox: 7/25/2022 2:45 pm

Delivery type requested: U·S. Mail-Regular

_____
Chad Bennett

## CERTIFICATE OF INMATE ACCOUNT AND ASSETS

I certify that the applicant, **Chad R. Bennett, #6252410** has the sum of **$48.14** on account to his credit at the Clarinda Correctional Facility where he is confined.

I further certify that, during the last **six (6)** months:

    **A.** The applicant's average inmate account balance was **$26.07**.

    **B.** The average of the monthly deposits to the inmate account was **$99.49**.

Based on the above offender account information, I calculate that **20%** of the greater of (a) or (b) above is **$19.90**.

Today's Date: July 21, 2022

*Meredith Baker*
Meredith Baker, Business Manager

*Completed by J. Cook*
*Accounting Clerk II*
*Clarinda Correctional Facility*

\* *Information is based on the amount of time offender has been in our facility. If offender has been in our facility longer than 6 months, information will be based on the most recent 6 month period.* \*