IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHAD BENNETT, | ) |
|     Plaintiff, | ) No. 4:22-cv-00211-SMR-HCA |
| v. | ) |
| JOSEPH MRSTIK, CITY OF PLEASANTVILLE, BRIAN BIGAUETTE, MARION COUNTY SHERIFF'S DEPARTMENT, | ) **ORDER DENYING MOTION TO DISMISS** |
|     Defendants. | ) |

Plaintiff Chad Bennett brought this pro se complaint under 42 U.S.C. § 1983. ECF No. 1. The Court directed Bennett to provide support for his motion to proceed without prepayment of fees. ECF No. 3. Bennett has now done so. ECF No. 4. Based on his Certificate of Inmate Account and Assets, the motion to proceed without prepayment of fees will be granted.

Where a prisoner plaintiff is proceeding in forma pauperis, the Court is required to review "a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A. Review of Bennett's complaint is still pending. Thus, the Court has not yet determined whether any of Bennett's claims may proceed.

Defendants filed a motion to dismiss because Bennett has not timely served any defendant with a summons and complaint. ECF No. 8. If any claims are allowed to proceed after the Court has initially reviewed the complaint, the Court will direct service on the appropriate defendant. *See* 28 U.S.C. § 1915 ("The officers of the court shall issue and serve all process, and perform all duties" where in forma pauperis status is granted). Because initial review is still pending, the motion to dismiss based on failure to timely serve the complaint is premature.

**IT IS ORDERED** that Bennett's application to proceed without prepayment of fees, ECF No. 2 is **GRANTED**. Based on the information submitted, the Court assesses Bennett an initial partial filing fee of $19.90, with the remainder of the $350 filing fee paid to the Clerk of Court from his prison account in accordance with 28 U.S.C. § 1915(b). Because Bennett has been granted leave to proceed without prepayment of fees, he is not required to pay the $52.00 administrative fee. A notice of this obligation shall be sent to the appropriate prison official.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss, ECF No. 8, is **DENIED** without prejudice to any defendant renewing this or any appropriate motion after service.

Dated this 3rd day of January, 2023.

STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA