# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1696

Chad Bennett

Appellant

v.

Joseph Mrstik, Police Chief, City Manager, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cv-00211-SMR)

---

**ORDER**

The appellant has responded to the show cause order of July 21, 2023 with a brief submission. The brief submitted is accepted for filing as of this date. The show cause order of July 21, 2023 is hereby dissolved.

July 25, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans