# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1696

Chad Bennett

Appellant

v.

Joseph Mrstik, Police Chief, City Manager, et al.

Appellees

------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cv-00211-SMR)

------

**ORDER**

The motion for appointment of counsel filed by Appellant Mr. Chad Bennett is denied. The briefing schedule is removed from abeyance. On the court's own motion, appellant may have until December 20, 2023 to file the reply brief. The motion for extension of time to file the reply brief is denied as moot.

November 29, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans